## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANDREW YOUSIF,<br><br>    Plaintiff,<br><br>v.<br><br>LJ ROSS ASSOCIATES, INC.,<br><br>    Defendant. | Case No. |

### NOTICE OF REMOVAL

Defendant, LJ Ross Associates, Inc. ("Defendant"), hereby gives notice of removal of this action from the State of Michigan 19th Judicial District Court to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support thereof, Defendant states:

1. On or about September 3, 2015, Plaintiff Andrew Yousif ("Plaintiff") filed the above captioned civil action in the State of Michigan's 19th Judicial District Court.

2. Defendant was served with the Complaint on September 8, 2015. Accordingly, this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b).

3. This matter is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be properly removed

pursuant to 28 U.S.C. §§ 1441 and 1446, as the claims asserted in the Complaint arise under the laws of the United States and raise one or more federal questions.

4. Plaintiff's complaint purports to assert violations of the Fair Debt Collection Practices Act ("FDCPA"), 15. U.S.C. § 1692 *et seq.*, and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

5. The district courts of the United States have original jurisdiction in civil actions arising under the FDCPA and the FCRA. Furthermore, this court may exercise supplemental jurisdiction over Plaintiff's state law claims, if any.

7. Defendant removes this action to the United States District Court for the Eastern District of Michigan because it is the venue that encompasses Dearborn, Michigan. Defendant removes this action without prejudice to Defendant's right to seek transfer of this action pursuant to 28 U.S.C. § 1404, if and as appropriate.

8. True and correct copies of the following are attached to this Notice of Removal:

> (a) all process, pleadings and orders which have been served upon Defendant in this action are contained in this filing in accordance with 28 U.S.C. § 1446(a) and this Court's ECF guidelines; and
>
> (b) the Notice of Filing of Notice of Removal which has been served upon Plaintiff and filed with the Clerk of Court for the 19th Judicial District Court of Michigan is attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(d).

9.      Based upon the foregoing, this action is properly removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

WHEREFORE, Defendant LJ Ross Associates, Inc., requests that this action proceed in the United States District Court for the Eastern District of Michigan.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
2723 S. State St., Ste. 150
Ann Arbor, MI  48104
(734) 222-5179
Dated: October 8, 2015              colson@olsonlawpc.com

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby certify that on October 8, 2015, a copy of the foregoing Notice of Removal was filed via the Court's ECF system and served via first class mail upon the following:

State of Michigan
19th Judicial District Court
16077 Michigan Ave.
Dearborn, MI 48126

Andrew Yousif
45240 Keding St., #303
Utica, MI 48317

/s/ Charity A. Olson
Charity A. Olson

3

# COMPLAINT

To order this form, call (517) 337-1211
Target Information Management, Inc.

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN<br>19TH JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM<br>Small Claims | CASE NO.<br>15-2619SC |
|---|---|---|

Court address: 16077 MICHIGAN AVE DEARBORN MI 48126    Court telephone no. (313)943-2342

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Andrew Yousif
   Address: 45240 Keding St #303
   City, state, zip: Utica, MI 48317
   Telephone no.: (602) 799-6984

2. Defendant: LJ Ross
   Address: 4 N. Plaza Drive
   City, state, zip: Jackson, MI 49202
   Telephone no.: (517) 544-9100

NOTICE OF HEARING
For Court Use Only
The plaintiff and the defendant must be in court on
Day: WEDNESDAY  Date: OCTOBER 14, 2015
at 12:00PM  at ☒ the court address above.
☒ COURT ROOM #4
Location
Fee paid: $ _____
Process server's name: _____

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____.
   The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is  ☒ an individual.  ☐ a partnership.  ☐ a corporation.  ☐ a sole proprietor.  ☐ Other _____

6. The defendant is  ☐ an individual.  ☐ a partnership.  ☒ a corporation.  ☐ a sole proprietor.  ☐ Other _____

7. The date(s) the claim arose is/are 2015
   Attach separate sheets if necessary

8. Amount of money claimed is $ 5,000  (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are 2 Violations and Harassing Phone Calls Without Permission. They told Me IF I Pay off my Debt, They Would Remove it from my credit. Violation 1- FCRA   Violation 2- FDCPA

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☐ is  ☒ is not  mentally competent. I believe the defendant ☒ is  ☐ is not  18 years or older.

12. ☒ I do not know whether the defendant is in the military service.  ☐ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: _____

Subscribed and sworn to before me on 9-3-15, WAYNE County, Michigan.

My commission expires: _____
Date
Notary public, State of Michigan, County of _____

Signature: Dawn _____
Deputy clerk/Notary public

The defendant(s) must be served by 12-3-15
Expiration date

PLEASE CALL THE DAY BEFORE YOUR COURT DATE TO BE SURE THE CASE WILL BE HEARD.

DC 84 (12/14)  AFFIDAVIT AND CLAIM, Small Claims    MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

DEFENDANT