# EXHIBIT A

STATE OF MICHIGAN
19TH JUDICIAL DISTRICT COURT

ANDREW YOUSIF,

      Plaintiff,

v.

LJ ROSS ASSOCIATES,

      Defendant.

Case No. 15-14686GC

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant LJ Ross Associates, Inc. ("Defendant") has on this day filed a Notice for Removal of the above-entitled matter with the United States District Court for the Eastern District of Michigan (a copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the State of Michigan 19th Judicial District Court are hereby stayed unless or until this action is remanded.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
2723 S. State St., Suite 150
Ann Arbor, MI  48104
T: (734) 222-5179
F: (866) 941-8712

Dated: October 8, 2015      colson@olsonlawpc.com

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby certify that on October 8, 2015, a copy of the foregoing Notice of Removal was filed via the Court's ECF system and served via first class mail upon the following:

State of Michigan
19th Judicial District Court
16077 Michigan Ave.
Dearborn, MI 48126

Andrew Yousif
45240 Keding St., #303
Utica, MI 48317

>  */s/ Charity A. Olson*
> Charity A. Olson